# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

**JUDGE ENGELMAYER**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Civil Action No. ___7186___ |
| v. | ) |
| | ) |
| Pecon Software Ltd., a corporation, also d/b/a Pecon Services LLC, Pecon Services, Inc., | ) |
| Pecon Infotech Ltd., a corporation, | ) |
| Pecon Software UK Ltd., a corporation, | ) |
| Mahesh Kumar Shah, a/k/a MK Shah, individually and as an officer of Pecon Software Ltd and Pecon Infotech Ltd., | ) |
| Prateek Shah, individually and as an officer of Pecon Software Ltd and Pecon Infotech Ltd., | ) |
| Sujoy Roy, individually and as an officer of Pecon Software Ltd and Pecon Infotech Ltd., | ) |
| Zulfiquar Ali, individually and as an officer of Pecon Software Ltd and Pecon Infotech Ltd., and | ) |
| Vikas Kumar Gupta, individually and as an officer of Pecon Software Ltd and Pecon Infotech Ltd., also d/b/a Arya Global Services, | ) |
| Defendants. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/12

[PROPOSED]

## ORDER TEMPORARILY SEALING FILE

1

Upon consideration of the Federal Trade Commission's *ex parte* Motion for an Order Temporarily Sealing File, the Court, having reviewed the submission of counsel, finds that good cause exists to temporarily seal the file in this matter. It is hereby:

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the entire file and docket in this action, including the Complaint, *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the supporting Memorandum and the accompanying exhibits, **shall be sealed until 5:00 p.m. October 2, 2012.** At this time, the seal shall automatically be lifted by the clerk without motion by the Plaintiff or further Order of the Court.

This Order shall not be construed to prohibit service or other disclosure by the Plaintiff, or those acting at Plaintiff's direction, of any *Ex Parte* Temporary Restraining Orders and any papers filed in support thereof to: (1) the parties; (2) nonparty financial institutions; (3) any law enforcement agency; or (4) any foreign enforcement or regulatory authority.

DATED: this 24 day of September 2012

_____
United States District Court Judge
PAE

2