AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | JUDGE ENGELMAYER |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| See Attached | ) | 12 CV 7186 |
| *Defendant* | ) | |

SFP 2012-12913
ZURUCKSENDEN TO RETURN
á retourner-de restituire

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pecon Software UK Ltd.
162-168 Regent Street, Suite 250
London UK W1B 5TD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colleen Robbins
Federal Trade Commission
600 Pennsylvania Avenue, NW H-288
Washington, DC 20580
202-326-2548
crobbins@ftc.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SEP 24 2012

Date: _____

CLERK OF COURT   RUBY J. KRAJICK

*Jessica Doss*

*Signature of Clerk or Deputy Clerk*

SUMMONS IN A CIVIL ACTION

DEFENDANTS:
Pecon Software Ltd., a corporation, also d/b/a Pecon Services LLC, Pecon Services, Inc.; Pecon Infotech Ltd., a corporation; Pecon Software UK Ltd., a corporation; Mahesh Kumar Shah, a/k/a MK Shah, Prateek Shah, Sujoy Roy, Zulfiquar Ali, and Vikas Kumar Gupta

SFP: 2012-12913
Ref: Pecon Software Ltd

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 11 October 2012**
**que le demande a ete executee       le (date)**

**-at (place, street, number)**     Pecon Software Ltd
**-a (localite, rue, numero)**      Suite 250
                                     162-168 Regent Street
                                     London
                                     W1B 5TD

**- in one of the following methods authorised by article 5:**
**-dans une des formes suivantes prevues a l'article 5:**
**a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention**
**selon les formes legales (article 5, alinea premier, lettre a)**

**b) in accordance with the following particular method selon la forme particuliere suivante**     Documents posted through the letter box of the company address given

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 23 October, 2012
le

Signature and/or stamp:
Signature et/ou cachet:

